UNITED STATES of America,
Plaintiff–Appellee,

v.

Carl L. LAWSON, Defendant–Appellant.

No. 06–14199
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 25, 2007.

James H. Burke, Jr., Federal Public Defender, Jacksonville, FL, R. Fletcher Peacock, Tampa, FL, for Plaintiff–Appellee.

Peggy Morris Ronca, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

James H. Burke, appointed counsel for Carl Lawson in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawson's conviction and sentence are **AFFIRMED**.